## The People of the State of Illinois, Defendant in Error, v. Earl Hardy, Plaintiff in Error.

### (Not to be reported in full.)

Error to the County Court of Morgan county; the Hon. WILLIAM E. THOMSON, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916.

### Statement of the Case.

Prosecution by information by the People of the State of Illinois, plaintiff, against Earl Hardy, defendant, for selling liquor in anti-saloon territory. To review a judgment against him, defendant prosecutes a writ of error.

The jury returned as their verdict a paper in the following language:

"The Court instructs the Jury, if you find the defendant guilty the form of your verdict may be: 'We, the Jury, find the defendant, Guilty Earl Hardy, guilty of selling intoxicating liquor in manner and form as charged in the First Count of the information,' the Jury to fill the blank with the number of the Count or Counts you find the defendant guilty of."

WILLIAM N. HAIRGROVE, for plaintiff in error.

ROBERT TILTON, for defendant in error.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1522*—*when informality should not vitiate verdict.* When a verdict does substantial justice, informality should not vitiate it.

2. INTOXICATING LIQUORS, § 160*—*when informal verdict sufficient*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*in criminal prosecution for selling liquor.* A verdict in a criminal prosecution for illegally selling intoxicating liquor in anti-saloon territory, although defective in form, *held* sufficient to sustain a judgment against the defendant.